IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **NATIONAL ASSOCIATION OF CHILDREN'S HOSPITALS INC., NATIONAL ASSOCIATION OF CHILDREN'S HOSPITALS AND RELATED INSTITUTIONS INC., AND CHILD HEALTH CORPORATION OF AMERICA,**<br><br>Plaintiffs,<br><br>v.<br><br>**CONFIGO HEALTH, INC.**<br><br>Defendant. | **Case No. 1:23-cv-3760-RDM** |

To: Clerk of Court and All Parties of Record

### NOTICE OF PLAINTIFFS' OFFICIAL ADDRESSES

In accordance with LCvR 5.1(c)(1), the undersigned respectfully notifies this Court and all parties of record of Plaintiffs' official addresses, as follows:

**National Association of Children's Hospitals Inc.**
600 13th St., NW
Suite 500
Washington, DC 20005

**National Association of Children's Hospitals and Related Institutions Inc.**
600 13th St., NW
Suite 500
Washington D.C. 20005

**Child Health Corporation of America**
16011 College Blvd.
Suite 250
Lenexa, KS 66219

On information and belief, Defendant's address is believed to be:

1

**Configo Health, Inc.**
1200 18th St. NW,
Washington, DC 20036

Date: January 17, 2024              Respectfully submitted,

*/s/ Steven A. Neeley*
Steven A. Neeley
DC Bar No. 998792
steve.neeley@huschblackwell.com
HUSCH BLACKWELL LLP
1801 Pennsylvania Avenue NW, Suite 1000
Washington, DC 20006
202-378-2331 Telephone
202-378-2319 Facsimile

Stephen R. Howe
Wisconsin Bar No. 1102417*
steve.howe@huschblackwell.com
Avery Hitchcock
Wisconsin Bar No. 1126995*
avery.hitchcock@huschblackwell.com
HUSCH BLACKWELL LLP
511 N. Broadway, Suite 1100
Milwaukee, WI 53202
414-273-2100 Telephone
414-223-5000 Facsimile

*Admitted *Pro Hac Vice*, Notices of Appearances forthcoming

**Attorneys for Plaintiffs National Association of Children's Hospitals Inc., National Association of Children's Hospitals and Related Institutions Inc., and Child Health Corporation of America**