AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| National Association of Children's Hospitals Inc., et al. ) | | |
| *Plaintiff* ) | | |
| v. ) | Case No. | 1:23-cv-03760 |
| Configo Health, Inc. ) | | |
| *Defendant* ) | | |

### APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, Configo Health, Inc.                                          .

Date:   08/21/2024

/s/ Kylie Chiseul Kim
*Attorney's signature*

Kylie Chiseul Kim
*Printed name and bar number*
Massey & Gail LLP
The Wharf
1000 Main Avenue SW, Suite 400
Washington, D.C. 20024
*Address*

kkim@masseygail.com
*E-mail address*

(202) 780-0385
*Telephone number*

(312) 379-0467
*FAX number*